No. 85–971.   CLARKE, COMPTROLLER OF THE CURRENCY *v.* SECURITIES INDUSTRY ASSN.; and

No. 85–972.   SECURITY PACIFIC NATIONAL BANK *v.* SECURITIES INDUSTRY ASSN.   C. A. D. C. Cir.   [Certiorari granted, 475 U. S. 1044.]   Motion of Legal Foundation of America for leave to file a brief as *amicus curiae* granted.   Motion of the

Solicitor General to dispense with printing the joint appendix granted.